United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18691-ref
Jose Luis Torres Melendez                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 2          Date Rcvd: Jul 14, 2016
                             Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2016.
db            +Jose Luis Torres Melendez,    947 North 12th Street,    Reading, PA 19604-2318
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13642800      +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13642803      +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
               Springfield, MA 01102-2025
13642806      +Comnwlth Fin,    245 Main St,    Dickson City, PA 18519-1641
13642807      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
13642809      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13642810      +Lamont Hanley & Associ,    1138 Elm St,    Manchester, NH 03101-1531
13756045      +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
13642812      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13642814      +Reading Area Water Authority,    815 Washington,    Reading, PA 19601-3615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Jul 15 2016 01:42:14    Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 15 2016 01:42:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 15 2016 01:42:17    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13642799      +E-mail/Text: banko@berkscredit.com Jul 15 2016 01:42:00    Berks Credit & Collections,
               Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
13748539       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2016 01:38:18    LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10675,    Greenville, SC 29603-0675
13642811       E-mail/Text: camanagement@mtb.com Jul 15 2016 01:42:01    M & T Bank,    Attn: Bankruptcy,
               1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13652004       E-mail/Text: camanagement@mtb.com Jul 15 2016 01:42:01    M&T BANK,    PO BOX 1288,
               Buffalo, NY 14240
13642813       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 15 2016 01:38:16
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
                                                                                        TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13642801*     +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13642802*     +Cb Accts Inc,    124 Sw Adams St. Suite 215,    Peoria, IL 61602-2321
13642804*     +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
               Springfield, MA 01102-2025
13642805*     +Columbia Gas (Formerly Baystate Gas),    Po Box 2025,    Attn: Bankruptcy Department,
               Springfield, MA 01102-2025
13642808*     +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
                                                                           TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2016                          Signature:  /s/Joseph Speetjens


# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: dlv          Page 2 of 2          Date Rcvd: Jul 14, 2016
                             Form ID: pdf900      Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2016 at the address(es) listed below:
     BRENNA HOPE MENDELSOHN    on behalf of Debtor Jose Luis Torres Melendez tobykmendelsohn@comcast.net
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                           TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :

JOSE LUIS TORRES MELENDEZ
                                               : Bankruptcy No. 15-18691REF
        Debtor(s)                              : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

July 14, 2016

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

JOSE LUIS TORRES MELENDEZ
947 NORTH 12TH STREET
READING,PA.19604