# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Jose Louis Torres Melendez, | : | Chapter 13 |
| | : | |
| **Debtor** | : | |
| | : | Bankruptcy No. 15-18691-ref |
| | : | |

## ORDER

AND NOW, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application").

IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,000.00, of which $550.00 was received pre-petition.

BY THE COURT

**Date: August 15, 2016**

_____
Richard E. Fehling
U.S. Bankruptcy Judge